UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN PICARDI, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>MAJOR ENERGY ELECTRIC SERVICES, LLC.,<br><br>     Defendant. | Case No. 1:24-CV-12657-JEK |

## DEFENDANT'S ASSENTED-TO MOTION TO ALLOW ITS LOCAL COUNSEL TO ATTEND BY VIRTUAL APPEARANCE AND/OR BE EXCUSED FROM ATTENDING

  Defendant, Major Energy Electric Services, LLC ("Defendant"), hereby respectfully moves to allow its local counsel, Attorney Kevin P. Polansky, permission to attend the hearing scheduled for June 18, 2025 at 3:00 PM (the "Hearing") via virtual means or be excused entirely from attending the Hearing.  In support of this Motion, Defendant states as follows:

  1.  Attorney Polansky is local counsel for Defendant, who is also represented by Eric J. Troutman (*pro hac vice*), Puja J. Amin (*pro hac vice*), and Tori L. Guidry (*pro hac vice*).

  2.  Attorneys Troutman, Amin, and/or Guidry will be attending the Hearing in person.

  3.  On the day of the Hearing, Attorney Polansky will be attending his son's middle school graduation in Massachusetts.  As a result, Attorney Polansky is unable to attend the Hearing in person.

  4.  Plaintiff, through counsel, has assented to the requested relief.

  For the foregoing reasons, Defendant respectfully requests that this Court allow Attorney Polansky to attend the Hearing virtually or allow him to be excused from attending.

Dated: June 12, 2025　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　MAJOR ENERGY ELECTRIC SERVICES, LLC

　　　　　　　　　　　　　　　　　　　　*/s/ Kevin P. Polansky*
　　　　　　　　　　　　　　　　　　　　Kevin P. Polansky (BBO #667229)
　　　　　　　　　　　　　　　　　　　　Kevin.polansky@nelsonmullins.com
　　　　　　　　　　　　　　　　　　　　Nelson Mullins Riley & Scarborough LLP
　　　　　　　　　　　　　　　　　　　　One Financial Center, Suite 3500
　　　　　　　　　　　　　　　　　　　　Boston, MA 02111
　　　　　　　　　　　　　　　　　　　　(617) 217-4700
　　　　　　　　　　　　　　　　　　　　(617) 217-4710 (fax)

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Major Energy Electric Services, LLC*

## **CERTIFICATION**

I hereby certify that on June 12, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　*/s/ Kevin P. Polansky*
　　　　　　　　　　　　　　　　　　　　Kevin P. Polansky