## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN PICARDI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MAJOR ENERGY ELECTRIC SERVICES, LLC.,<br><br>    Defendant. | Case No. 1:24-CV-12657<br><br>Hon. Julia E. Kobick |

## NOTICE OF SETTLEMENT

  COMES NOW, Plaintiff Karen Picardi and Defendant, Major Energy Electric Services, LLC. ("MEES") do hereby give notice that they have reached a settlement in the above-captioned matter. The Parties are engaging in good faith negotiations to finalize the terms of the settlement agreement. Accordingly, the Parties respectfully request that this Court vacate all upcoming deadlines and allow sixty (60) days for the Parties to file a Stipulation of Dismissal.

Dated: June 16, 2025  TROUTMAN AMIN, LLP

By: */s/Tori Guidry*
Eric J. Troutman (*pro hac vice*)
California Bar No. 229263
Puja J. Amin (*pro hac vice*)
California Bar No. 299547
Tori Guidry
Louisiana Bar No. 37704
TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550
Irvine, California 92618
Telephone: (985) 688-3307
Facsimile: (214) 758-1550
tori@troutmanamin.com

*Attorney for Defendant*
*Major Energy Electric Services, LLC*

Dated: June 16, 2025  By: s/ *Anthony Paronich*
Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
anthony@paronichlaw.com

*Attorney for Plaintiff*
*Karen Picardi*