UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
                                        )
Karen Picardi                           )
         Plaintiff(s),                  )
                                        )
v.                                      )    Civil Action No. 24-12657-JEK
                                        )
                                        )
Major Energy Electric Services LLC      )
         Defendant(s).                  )
                                        )
_____)

## SETTLEMENT ORDER OF DISMISSAL

**KOBICK, D.J.**

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days (60) days, to reopen the action if settlement is not consummated.

Dated: June 17, 2025                    /s/ Haley Currie
                                        Deputy Clerk