## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

KAREN PICARDI, individually and on behalf
of a class of all persons and entities similarly
situated,

           Plaintiff

vs.

MAJOR ENERGY ELECTRIC SERVICES,
LLC

          Defendant.

Case No. 1:24-cv-12657

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ.

P. 41.


Dated: July 16, 2025

        */s/ Anthony Paronich*
        Anthony Paronich
        Email:  anthony@paronichlaw.com
        PARONICH LAW, P.C.
        350 Lincoln Street, Suite 2400
        Hingham, MA 02043
        Telephone:  (617) 485-0018
        Facsimile:  (508) 318-8100

        Chris Gold
        Florida Bar No. 088733 (admitted *pro hac vice*)
        **GOLD LAW, PA**
        350 Lincoln Rd., 2nd Floor
        Miami Beach, FL 33139
        Tel: 561-789-4413

chris@chrisgoldlaw.com